USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JEFERSON ARNULFO VILLEGAS :
GOMEZ, :
:
                           Petitioner, :         20-cv-2700 (VSB)
:
           -against- :              **ORDER**
:
THOMAS DECKER, et al., :
:
                       Respondents. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' April 1, 2020, joint letter requesting transfer of this action to the District of New Jersey and waiver of the seven-day waiting period of transfer established by Local Civil Rule 83.1. (Doc. 10.) Accordingly, it is hereby:

      ORDERED that the parties' requests to transfer venue to the District of New Jersey and to waive the seven-day waiting period are GRANTED.

      IT IS FURTHER ORDERED that Petitioner's motion for temporary restraining order is DENIED as moot.

      The Clerk of Court is respectfully directed to close the motions at Document 3, and to transfer the case forthwith to the District of New Jersey.

SO ORDERED.

Dated: April 3, 2020
      New York, New York

                                                          _____
                                                           Vernon S. Broderick
                                                          United States District Judge